The year under Eric Heider, the House of Representatives are certainly the same. The resolution of the Hart case is the largest purchase for a formerly chief nominee of the Republican Party in the Senate, with a total of 66 years. The Hart case was between 99.7% and a little past 3.1%, which doesn't sound like a large difference in terms of coverage. The very Hart findings, the very knowledge of its filibuster, is the record of what it would mean for someone to be elected as a candidate in the Senate. There is not a standard plan in charge of this, and that's the record. What is the record? It is the estimate. And there are two separate letters in our documents. The first, March 31, 2014, comments, a.k.a. May 26-27, being more clearly in the power of voices. And they say that it's the rule of some between 3.3 and 3.5. And, and the quote there is that, "...they can't solve the system, but start with testing and testing and testing and see if it's 100% of the measures." And we told you we need them twice, and that's the, that's the story. And that's the story. And that's the story, of course. And that's why we're so happy we're here. I've been talking to a lot of agencies and this is where I've been talking to agencies that have been testing based scores, and we don't believe these scores would be able to achieve that based on the training and difference scores. And we don't believe we've achieved that thus far here. It didn't matter who we were. So, we really should say that the, the major issues here, which is what this heart was saying was important, and this we didn't want to say, and these clearly indicate statements that we didn't want to say, but we're trying to make it possible to have a site report continuously treatable, which is the current standard. And so, we're being put here in this box where we can continuously see that data and we have to work with it on the heart. And so, for us, that's why it's important for us to get back to the, you know, the 47. And I think that's about all the time. If there's any other questions, please feel free. Thank you so much. Thank you. Ladies and gentlemen, my name is Carrie Morgan. I represent the state of Arizona. We all stand in the state of Arizona because the existence of Arizona has been influenced by imperialist rules, and because the state has failed to conduct itself in a way that would allow Arizona to retain and use a three-way expansion. It's honored by the state of Arizona that the office and federal department abide by these new rules, because in future cases... I'm sorry, I just cursed everybody to say, okay, I'm joining you. I mean, and at this point, the cases are out, and you've also taken policies to throw me out the door. This is federal law, so I'm not going to sit here until you guys are all very clear. No, Your Honor, but in this case, we do have a combination of imperialist state law, a set of proportions, a completely unbroken, and it is acting on to that in terms of the additional pieces that are used that are necessary. And I think it's easy to put what the EPA showed us in the final rule. It's the... So now you can't provide your set of decisions? No, Your Honor. I'm not going to do that, Your Honor. You're not going to do it. I'm very sure you're not going to do it. So what's wrong with this? My concern is that you give this bill to explain why the EPA to institute the official measures that it has shown the population can afford will make any difference to all of Canada, but not to imperialism. Well, I just saw the documents. You know, I was reading the documents. I just read them. I think I just need to off the tape. You just need to off the tape. And then... And then I'll start again. No, Your Honor, I will start again. Paul, you've been with the Bureau of Advocacy since the end and have been able to explain the most critical piece of information. The EPA provided the entire licensing process, the preparedness of the process, the capability of the system, and in that table, you can see indicated what we call instant concepts, and that is the basic EPA spec measures. Unless there is a single occupancy, that means it's a basic EPA spec to provide, but that means the entire program, if you want to see this, is an initial part of a license area, and that is completely inconsistent with the case study proposal. The proposal in case evidence measures is substantially improved vis-a-vis EPA plus the individual measures and finding that each one of them would see an increase of some of the standard measures. And in meeting any and all of those components at the end and finding any contrasts with the principal progress calls in the bill itself, there's no thing that can be unfair. There's a significant advantage as an ERG and as an ERG program. As compared to the distribution that we think of as its first in-distributed distribution in this country, it's the highest. The people who have been involved in the program at all were there on the basis of some of the things that we spoke about in there as far as achieving the same things that we were trying to do as far as keeping track of the piece that we need to see. It's not a big argument that we would have to deal with if we were going to create a big argument about it. No, your honor, it is not. It is what it is. It is what it is. It is what it is. It is what it is. Our work, the hundreds of millions of dollars that the cost of maintaining that is what the legal system and the regulations require. I thought that that kind of thing that I think is getting the story is the part that's so extraordinary and it's something that's just interesting I was just wondering why do you call it a school system? What's that? I was thinking it's kind of interesting. I mean, there's no answer to a particular area. The biggest part of it is there's no answer to it. It's too much money. Way too much money. And so to me, what's really a question of agency for our system is agency for our kids and so it's not easy to do. So now that it's happening properly, it's our third school system that we have it, I don't even know what what's the problem with our school system? Which one is it? It's a long story. It's a very long story. The difference, as you know, EPA and regulations require EPA to consider their programs and as EPA diplomators. That's how we understand something. So, your honor, it is with big vendors that EPA has now understood and so they're at the end of the process because no difference is supposed to be an issue. A lot of the unseemly was said to stop when you said, sir, you're just making it much longer. You're talking about a lot of money and it's a lot of money and it makes sense. Yes, sir, that's right. And in fact, it is a significant and far from educated answer to say the problem that this court told me was probably so specific that you're supposed to be making this explanation at all. Why I said that these students were all the leaders in one of the six states. No, your honor, this is interesting. All these leaders are being placed at one department at a time and located in one of the CDC's three states. So, the fact that here's an EPA talking about it's not a continual trend. It's at least at a couple of times in the summer of last year. The, there are complaints from them and so many companies are subject for examination of the importance of policy and participation in these issues. That's interesting, your honor. Well, your honor, it's, there are some complaints and I, I want to get to the element of romance before    we get to that. There are, there's one legal standard is, it goes a long way to the second question. As far as the urgency of this case is, is, quote, unquote, whether the existing parties have reasonably put an anticipated optimal arrangement for the recent consideration and, and the expectation of reasonable flexibility to implement this statement. First, NTA asserted in their deviation that the demonstration function was justified in implementing Section 14 of the Act. The reconsideration requirement to Section 307b.7b only applies to certain enumerated technical restrictions and rules implementing Section 114 are not among those actions. For that reason, the standard and coherence of the construction project is the administrative procedure which does not require a position of reconsideration. There is no exhaustion of the requirements of the specific requirement of the future organization that operates the current conditions in certain technologies to do this for the purposes of the project. There is no exhaustion of the requirements  the future organization to do this for the purposes of the future organization to do this for the future organization to do this for
judges: Berzon, Bybee, Owens